NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Carlos Rubio Betancourt, | ) | No. CV07-2278-PHX-SRB |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Katrina Kane, | ) | |
| Respondent. | ) | |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on November 21, 2007 claiming that his lenghty detention while his removal proceedings have been pending is unconstitutional.  Respondent filed her answer to Petitioner's Petition for Writ of Habeas Corpus on February 7, 2008.  Petitioner did not file a reply.  On October 6, 2008, the Magistrate Judge ordered Respondent to show cause why the Petition should not be granted unless Petitioner received a bail hearing before an Immigration Judge in light of *Casas-Castrillon v. DHS*, 535 F.3d 942 (9th Cir. 2008).  Respondent filed her response on October 8, 2008. On November 12, 2008, the Magistrate Judge issued his Report and Recommendation recommending that the Petition for Writ of Habeas Corpus be granted and Petitioner be released unless Respondent provides a bail hearing within 60 days before an Immigration Judge with power to grant Petitioner bail.

1    In his Report and Recommendation the Magistrate Judge advised the parties that they

2    had 10 days from the date of service of a copy of the Report and Recommendation within

3    which to file specific written objections with the Court. The time to file such objections has

4    since expired and no objections to the Report and Recommendation have been filed.

5    The Court finds itself in agreement with the Report and Recommendation of the

6    Magistrate Judge.

7    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge

8    as the order of this Court.

9    IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is granted

10   as follows.  Respondent is to release Petitioner unless, within 60 days of the date of this

11   order, Respondent provides a hearing to Petitioner before an Immigration Judge with the

12   power to grant him bail and either bail is granted or Respondent establishes at the bail

13   hearing that Petitioner is a flight risk or will be a danger to the community.

14   IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

16   DATED this 9th day of December, 2008.

Susan R. Bolton
United States District Judge

- 2 -